

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,052-01

### EX PARTE CALVIN WAYNE BUTLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1076035-A IN THE 179TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*. NEWELL, J. concurs.

## O R D E R

Applicant was convicted of aggravated robbery with a deadly weapon and sentenced to eighteen years' imprisonment. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant filed this application for a writ of habeas corpus in the county of conviction on December 11, 2007. The trial court entered a timely order designating issues on December 28, 2007, but it does not appear that any further action was taken until the application was forwarded to this Court approximately fifteen years later, without any findings of fact and conclusions of law from the trial court.

Nevertheless, this Court has independently reviewed the record and considered the claims raised in the application, and has determined that the application is without merit. Therefore, relief is denied.

Filed: November 23, 2022
Do not publish